NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOANNE NEALE, KERI HAY, KELLY MCGARY, SVEIN A. BERG, and GREGORY P. BURNS,, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR CORPORATION,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civ. No. 10-cv-04407  (DMC) (JAD) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon motion by Defendant Volvo Cars of North America, LLC ("Defendant") to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 12(f), and Fed. R. Civ. P.23.  After considering the submissions of the parties, and based upon the Court's Opinion filed this day,

IT IS on this   11th   day of April, 2011;

**ORDERED** Defendants  motion to dismiss  Plaintiff's complaint is **denied.**

                                             S/ Dennis M. Cavanaugh                
                                             DENNIS M. CAVANAUGH, U.S.D.J.

Original:     Clerk
cc:           All Counsel of Record
              Hon. Joseph A. Dickson, U.S.M.J.