# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| JOANNE NEALE, KERI HAY, KELLY MCGARY, SVEIN A. BERG, GREGORY P. BURNS, DAVID TAFT, JEFFREY KRUGER and KAREN COLLOPY individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR CORPORATION,<br><br>Defendants. | No. 2:10-cv-04407-DMC-MF<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## EXHIBIT A – CHART OF DOCUMENTS PLAINTIFFS' SEEK TO HAVE SUBMITTED UNDER SEAL

| **Document 1** | Expert Report of Dr. Charles E. Benedict |
|---|---|
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| (c)(2)(b) Public or Private Interests Protected | Protects the parties' agreement to keep this material confidential. |
| (c)(2)(c) Clearly Defined Serious Injury | Disclosure would divulge confidential Volvo internal information. |
| (c)(2)(d) Unavailability of Less Restrictive Alternative | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

1

| | |
|---|---|
| **Document 2** | Expert Report of V. Walter Bratic |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(c) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal documents. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

| **Document 3** | Certification of Matthew D. Schelkopf (with below exhibits attached)<br>• <u>Exhibit 1</u>: Dep of Stefan Sandburg (May 22, 2012):<br>• <u>Exhibit 2</u>: Dep of Stefan Persson (Jan. 10, 2012):<br>• <u>Exhibit 3</u>: Dep of Andy McCloskey (Dec. 14, 2011):<br>• <u>Exhibit 4</u>: Dep of Darren Bisaccia (Aprl 25, 2012):<br>• <u>Exhibit 5</u>: Dep of Christopher Densely (Dec 15, 2011):<br>• Exhibit 6: Documents<br>　　Neale.VCC.0003856<br>　　Neale.VCC.0003858<br>　　Neale.VCC.0003893<br>　　Neale.VCC.0003915<br>　　Neale.VCC.0008125 |
|---|---|
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(c) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal documents. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

| | |
|---|---|
| **Document 4** | Portions of Memorandum of Law in Support of Plaintiffs' Motion for Class Certification |
| | pg. 3 - beginning with "when" and ending with "traps"; <br> pg. 3 – footnote 6; <br> pg. 4 – beginning with "According" and ending with "sound"; <br> pg. 5 – beginning with "plug" and ending with "sunroof."; <br> pg. 7 – beginning with "At" and ending with "mid-"; <br> pg. 8 – beginning with "2000s" and ending with "material." <br> pg. 8 – footnote 18; <br> pg. 9 – beginning with "In" and ending with "a" <br> pg. 9 – footnote 21 beginning with "Another" and ending with "vehicle." <br> pg. 10 – beginning with "widespread" and ending with "the"; <br> pg. 10 – footnote 25 – beginning with "documents" and ending with sunroof."); <br> pg. 10 – footnote 26 – beginning with "(Confirming" and ending with owner.)"; <br> pg. 11 – beginning with "sunroof" and ending with "Rockleigh."; <br> pg. 17 – beginning with "Specifically," and ending with "fraud"; <br> pg. 18 – beginning with "claims" and ending with "Jersey."; <br> pg. 25 – beginning with "Volvo" and ending with "alone.". |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(c) factors** | |
| (c)(2)(b) **Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| (c)(2)(c) **Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal documents. |
| (c)(2)(d) **Unavailability of Less Restrictive Alternative** | Portions of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

Dated: August 7, 2012               Respectfully submitted,

By:   *//s// Joseph G. Sauder*
Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

David A. Mazie
Matthew R. Mendelsohn
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898

***Interim Co-lead Counsel for Plaintiffs and the Proposed Class***
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000

Richard Norman
R. Martin Weber, Jr.
CROWLEY NORMAN LLP
3 Riverway, Suite 1775
Houston, Texas  77056
Telephone:  (713) 651-1771

Thomas K. Brown
Justin Presnal
FISHER, BOYD, BROWN, & HUGUENARD
2777 Allen Parkway, 14th Floor
Houston, Texas 77019
Telephone: (713) 400-4000

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: (856) 858-1770
Facsimile: (856) 858-7012

Michael A. Caddell
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar, #1070
Houston TX 77010
713.751.0400 (phone)
713.751.0906 (fax)

*Counsel for Plaintiffs*