# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| JOANNE NEALE, KERI HAY, KELLY MCGARY, SVEIN A. BERG, GREGORY P. BURNS, DAVID TAFT, JEFFREY KRUGER and KAREN COLLOPY individually and on behalf of others similarly situated, | No. 2:10-cv-04407-DMC-MF |
| | **CLASS ACTION** |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| vs. | |
| VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR CORPORATION, | |
| Defendants. | |

## EXHIBIT A – CHART OF DOCUMENTS PLAINTIFFS' SEEK TO HAVE SUBMITTED UNDER SEAL

| **Document 1** | Plaintiff Svein Berg's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
|---|---|
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| (c)(2)(b) Public or Private Interests Protected | Protects the parties' agreement to keep this material confidential. |
| (c)(2)(c) Clearly Defined Serious Injury | Disclosure would divulge confidential Volvo internal information. |
| (c)(2)(d) Unavailability of Less Restrictive Alternative | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

1

| | |
|---|---|
| **Document 2** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Berg's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 10 and 11:  Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 13:  Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 3** | Plaintiff Svein Berg's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 4** | Plaintiff Gregory Burns' Memorandum of Law in |

| | |
|---|---|
| | Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 5** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Burns' Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 9 and 10:  Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 12:  Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 6** | Plaintiff Gregory Burns' Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |

| | |
|---|---|
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| (c)(2)(b) Public or Private Interests Protected | Protects the parties' agreement to keep this material confidential. |
| (c)(2)(c) Clearly Defined Serious Injury | Disclosure would divulge confidential Volvo internal information. |
| (c)(2)(d) Unavailability of Less Restrictive Alternative | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 7** | Plaintiff Karen Collopy's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| (c)(2)(b) Public or Private Interests Protected | Protects the parties' agreement to keep this material confidential. |
| (c)(2)(c) Clearly Defined Serious Injury | Disclosure would divulge confidential Volvo internal information. |
| (c)(2)(d) Unavailability of Less Restrictive Alternative | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 8** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Collopy's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 8 and 9: Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 11: Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J.** | Yes. |

| | |
|---|---|
| **Confidentiality Order** | |
| **L.Civ.R. 5.3(C) factors** | |
|    **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
|    **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
|    **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 9** | Plaintiff Karen Collopy's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
|    **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
|    **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
|    **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 10** | Plaintiff Keri Hay's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
|    **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
|    **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
|    **(c)(2)(d)** | All aspects of this material are confidential. |

| | |
|---|---|
| **Unavailability of Less Restrictive Alternative** | |
| **Defendants' Objection to Seal?** | No. |
| **Document 11** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Hay's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 9 and 10:  Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 12:  Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 12** | Plaintiff Keri Hay's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability** | All aspects of this material are confidential. |

6

| | |
|---|---|
| of Less Restrictive Alternative | |
| **Defendants' Objection to Seal?** | No. |
| **Document 13** | Plaintiff Jeffrey Kruger's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 14** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Kruger's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 9 and 10: Documents Produced And Bates Stamped By Defendants During Discovery |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 15** | Plaintiff Jeffrey Kruger's Response and Statement of Undisputed Material Facts in Opposition to Volvo's |

|  |  |
|---|---|
|  | Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** |  |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 16** | Plaintiff Kelly McGary's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** |  |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 17** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff McGary's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 10 and 11:  Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 13:  Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |

8

| | |
|---|---|
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 18** | Plaintiff Kelly McGary's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 19** | Plaintiff Joanne Neale's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |

| | |
|---|---|
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 20** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Neale's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 10 and 11: Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 13: Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 21** | Plaintiff Joanne Neale's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d)** | All aspects of this material are confidential. |

| | |
|---|---|
| **Unavailability of Less Restrictive Alternative** | |
| **Defendants' Objection to Seal?** | No. |
| **Document 22** | Plaintiff David Taft's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 23** | Exhibits to the Certification of Matthew D. Schelkopf in Support of Plaintiff Taft's Opposition to Defendants' Motion for Summary Judgment<br>• Exhibits 13 and 14:  Documents Produced And Bates Stamped By Defendants During Discovery<br>• Exhibit 17:  Deposition Exhibit Excerpts from the Deposition of Andy McCloskey, dated December 14, 2011 |
| **Disclosed to Public?** | No.  The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** | |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive | All aspects of this material are confidential. |

|  |  |
|---|---|
| Alternative |  |
| **Defendants' Objection to Seal?** | No. |
| **Document 24** | Plaintiff David Taft's Response and Statement of Undisputed Material Facts in Opposition to Volvo's Motion for Summary Judgment |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** |  |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |
| **Document 25** | Certification of Charles E. Benedict, Ph.D., P.E. In Support of Plaintiffs' Motion for Class Certification. |
| **Disclosed to Public?** | No. The parties agreed to keep this material confidential. |
| **Subject to D.N.J. Confidentiality Order** | Yes. |
| **L.Civ.R. 5.3(C) factors** |  |
| **(c)(2)(b) Public or Private Interests Protected** | Protects the parties' agreement to keep this material confidential. |
| **(c)(2)(c) Clearly Defined Serious Injury** | Disclosure would divulge confidential Volvo internal information. |
| **(c)(2)(d) Unavailability of Less Restrictive Alternative** | All aspects of this material are confidential. |
| **Defendants' Objection to Seal?** | No. |

Dated: August 24, 2012          Respectfully submitted,

                                       By:     *//s// Matthew D. Schelkopf*
                                                  Joseph G. Sauder
                                                  Matthew D. Schelkopf
                                                  Benjamin F. Johns
                                                  CHIMICLES & TIKELLIS LLP
                                                  One Haverford Centre
                                                  361 West Lancaster Avenue
                                                  Haverford, PA 19041
                                                  Telephone: (610) 642-8500
                                                  Facsimile: (610) 649-3633

                                                  David A. Mazie
                                                  Matthew R. Mendelsohn
                                                  MAZIE SLATER KATZ & FREEMAN, LLC
                                                  103 Eisenhower Parkway
                                                  Roseland, New Jersey 07068
                                                  Telephone:  (973) 228-9898

                                                  *Interim Co-lead Counsel for*
                                                  *Plaintiffs and the Proposed Class*

                                                  Bruce D. Greenberg
                                                  LITE DEPALMA GREENBERG, LLC
                                                  Two Gateway Center
                                                  Suite 1201
                                                  Newark, NJ 07102
                                                  Telephone: (973) 623-3000

                                                  Richard Norman
                                                  R. Martin Weber, Jr.
                                                  CROWLEY NORMAN LLP
                                                  3 Riverway, Suite 1775
                                                  Houston, Texas  77056
                                                  Telephone:  (713) 651-1771

Thomas K. Brown
Justin Presnal
FISHER, BOYD, BROWN, & HUGUENARD
2777 Allen Parkway, 14th Floor
Houston, Texas  77019
Telephone:  (713) 400-4000

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH
475 White Horse Pike
Collingswood, NJ  08107-1909
Telephone:  (856) 858-1770
Facsimile: (856) 858-7012

Michael A. Caddell
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar, #1070
Houston TX  77010
713.751.0400 (phone)
713.751.0906 (fax)

*Counsel for Plaintiffs*