NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEALE, et al., | : | |
| Plaintiffs, | : | **Hon. Dennis M. Cavanaugh** |
| v. | : | **ORDER** |
| VOLVO CARS OF NORTH AMERICA, LLC, et al. | : | Civil Action No. 2:10-cv-4407(DMC)(MF) |
| Defendants. | : | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter having come before the Court upon Motions of Defendants Volvo Cars of North America, LLC and Volvo Car Corporation (collectively "Defendants") to Preclude the Testimony and Expert Report of Walter Bratic and Charles Benedict (ECF Nos. 216, 217), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this 28 day of February, 2013;

**ORDERED** that Defendants' Motion to Preclude the Testimony and Expert Report of Walter Bratic is **denied**, and it is further;

**ORDERED** that Defendants' Motion to Preclude the Testimony and Expert Report of Dr. Charles Benedict is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

cc: All Counsel of Record
     Hon. Mark Falk, U.S.M.J.
     File