UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1540
_____

JOANNE NEALE, Individually and on behalf of all others similarly situated;
KERI HAY, Individually and on behalf of all others similarly situated; DAVID
TAFT; JEFFREY KRUGER; KAREN COLLOPY; KELLY MCGARY;
SVEIN A. BERG; GREGORY P. BURNS

v.

VOLVO CARS OF NORTH AMERICA, LLC;
VOLVO CAR CORPORATION,
          Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 2-10-cv-04407
District Judge: The Honorable Dennis M. Cavanaugh
_____

Argued June 2, 2015

Before: SMITH, CHAGARES, and HARDIMAN, *Circuit Judges*

_____

JUDGMENT
_____

  This cause came on to be considered on the record from the United States

District Court for the District of New Jersey and was argued on June 2, 2015.

  On consideration whereof, it is now hereby ADJUDGED and ORDERED

that the order of the District Court entered March 26, 2013, be and the same is hereby VACATED.  Each party is to bear their own costs.  All of the above in accordance with the opinion of this Court.

                                        Attest:

                                        <u>s/Marcia M. Waldron</u>

DATED: July 22, 2015