Mark S. Kundla
Paul Daly
**HARDIN, KUNDLA, MCKEON & POLETTO, P.C.**
673 Morris Avenue
Springfield, NJ 07081
Phone: (973) 912-5222
Fax: (973) 912-9212
Mkundla@HKMPP.com
Pdaly@HKMPP.com

Peter W. Herzog III (pro hac vice)
**WHEELER TRIGG O'DONNELL LLP**
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone: (314) 326-4129
Fax: (303) 244-1879
pherzog@wtotrial.com

Joel S. Neckers (pro hac vice)
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Phone:  (303) 244-1800
Fax:  (303) 244-1879
neckers@wtotrial.com

Attorneys for Defendant Volvo Cars of North America, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| THERESA JENNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No.  2:15-cv-06152-CCC-JBC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**HEARING DATE: SEPTEMBER 16, 2016**<br><br>**ORAL ARGUMENT REQUESTED** |

To Plaintiff's Counsel:

PLEASE TAKE NOTICE that, on September 16, 2016, or as soon thereafter as counsel may be heard, Defendant Volvo Cars of North America, LLC ("Volvo") will move, by and through its undersigned counsel, before the Honorable Claire C. Cecchi at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting its motion to dismiss all Counts in the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and to dismiss Counts I, III, and IV pursuant to Fed. R. Civ. P. 9(b).

PLEASE TAKE FURTHER NOTICE that in support of these motions, Volvo will rely on the Memorandum in Support.

Dated:  August 8, 2016                         Respectfully submitted,

                                        By: *s/ Paul Daly*
                                        Paul Daly
Mark S. Kundla
Hardin, Kundla, McKeon & Poletto
673 Morris Ave.
Springfield, NJ 07081
Telephone:  (973) 912-5222
Facsimile:  (973) 912-9212
Email:     pdaly@hkmpp.com
Email:     Mkundla@HKMPP.com

Peter W. Herzog III (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Telephone:  (314) 326-4129
Facsimile:  (303) 244-1879
Email:     pherzog@wtotrial.com

Joel S. Neckers (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:  (303) 244-1800
Facsimile:  (303) 244-1879
Email:     neckers@wtotrial.com

Attorneys for Defendant,
Volvo Cars of North America, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2016, I electronically filed the foregoing **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Joseph Alan Venti**
joeventi@wcblegal.com


*s/ Paul Daly*