IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOANNE NEALE, KERI HAY, KELLY MCGARY, SVEIN A. BERG, GREGORY P. BURNS, DAVID TAFT, JEFFREY KRUGER and KAREN COLLOPY individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR CORPORATION,<br><br>Defendants. | Civil Action No.  2:10-CV-04407-MCA-JAD<br><br>**STIPULATION AND CONSENT ORDER** |

**WHEREAS,** this matter having come before the Court by way of an informal joint application of Plaintiffs, by and through their counsel, Andrew W. Ferich, Esq., Chimicles Schwartz Kriner & Donaldson-Smith LLP and Defendants, by and through their counsel, Paul Daly, Esq., Hardin, Kundla, McKeon & Poletto, P.C.; and the parties having stipulated and agreed on a date whereby Plaintiffs will file a renewed motion for class certification;

**WHEREAS**, Defendants have indicated that they will need to evaluate the renewed motion and supporting materials to determine whether they will need to take the depositions of any witnesses associated with plaintiffs' class certification filing and therefore, how long they will need to file an opposition; and good cause having been shown:

**IT IS**, on this 16th day of June 2020, **ORDERED** that:

1. Plaintiffs' renewed motion for class certification is to be served (but not filed) on Defendants on **July 15, 2020**;

2.      On or before **July 20, 2020**, the parties are required to meet and confer to determine what, if any, depositions need to be taken and a proposed briefing schedule for Defendants' opposition and Plaintiffs' reply.

3.      On or before **July 27, 2020**, the parties shall submit a proposed Order to the Court setting forth the proposed schedule for any depositions and the remaining class certification briefing.

**IT IS SO ORDERED**

 /s/ Joseph A. Dickson
Honorable Joseph A. Dickson, U.S.M.J.

We hereby consent to the form and
Entry of this Consent Order

| | |
|---|---|
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP<br>Attorneys for Plaintiffs | HARDIN, KUNDLA, MCKEON & POLETTO<br>Attorneys for defendants |
| *s/Andrew W. Ferich*<br>ANDREW W. FERICH | *s/Paul Daly*<br>PAUL DALY |